Michael J. Nuñez, Esq.
Nevada Bar No. 10703
 mnunez@murchisonlaw.com
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
 cmurphy@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant CERCA TROVA
RESTAURANT CONCEPTS, INC. fka T-BIRD
RESTAURANT GROUP, INC. dba OUTBACK
STEAKHOUSE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANA CALDERON,<br><br>    Plaintiff,<br><br>vs.<br><br>CERCA TROVA RESTAURANT CONCEPTS, INC. fka TBIRD RESTAURANT GROUP, INC. dba OUTBACK STEAKHOUSE,<br><br>    Defendants. | CASE NO. 3:19-cv-00182-MMD-CBC<br><br>**STIPULATION AND ORDER TO REMAND** |

Defendant CERCA TROVA RESTAURANT CONCEPTS, INC. fka T-BIRD RESTAURANT GROUP, INC. dba OUTBACK STEAKHOUSE., by and through their attorneys of record, Corrine P. Murphy, Esq., of MURCHISON & CUMMING, LLP and Plaintiff, ANA CALDERON, by and through her attorneys of record, Michael E. Sullivan, Esq., of ROBISON, SHARP, SULLIVAN & BRUST, LTD, hereby submit the following Stipulation and Order [**Ex. A**] to Remand this matter back to the Second Judicial District Court in and for Washoe County, Nevada.

| | | |
|---|---|---|
| 1 | **IT IS HEREBY STIPULATED AND AGREED** between the parties, by and through | |
| 2 | their counsel of record, that this matter be remanded: | |
| 3 | | |
| 4 | DATED: April 11, 2019. | **MURCHISON & CUMMING, LLP** |

By:  */s/ Corrine P. Murphy*
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendant CERCA TROVA
RESTAURANT CONCEPTS, INC. fka T-BIRD
RESTAURANT GROUP, INC. dba OUTBACK
STEAKHOUSE

DATED: April 11, 2019.    **ROBISON, SHARP, SULLIVAN & BRUST, LTD.**

By:  */s/ Michael E. Sullivan*
Michael E. Sullivan, Esq.
Nevada Bar No. 5142
71 Washington Street
Reno, NV 89503
Attorneys for Plaintiff ANA CALDERON

Exhibit "A"


Exhibit "A"

## **ORDER**

Having reviewed the stipulation of the parties, and for good cause therefore;

**IT IS SO ORDERED** this matter, bearing case no. 3:19-cv-010182, is remanded back to the Second Judicial District Court in and for Washoe County, Nevada.

DATED this 15th day of April, 2019

_____
UNITED STATES DISTRICT JUDGE